# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 99-20693

Summary Calendar

WILLIS C. MCALLISTER,

Plaintiff - Appellant,

v.

JEFFREY ROBBINS, ET AL.,

Defendants,

SCI MANAGEMENT CORPORATION,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas – Houston Division

H-98-CV-3703

March 24, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges:

PER CURIAM:[1]

AFFIRMED. *See* 5TH Cir. R. 47.6

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.